IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| CURTIS JAMES McGUIRE, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | 2:26-CV-31-Z-BR |
| | § | |
| DIRECTOR, TDCJ-CID, | § | |
| | § | |
| Respondent. | § | |

**ORDER WITHDRAWING FINDINGS,
CONCLUSIONS AND RECOMMENDATION TO DISMISS PETITION**

On February 17, 2026, the Court ordered Petitioner to pay the $5 filing fee within 30 days of the date of the order. (ECF 6). Petitioner failed to comply, so the Court issued Findings, Conclusions and Recommendations ("FCR") to dismiss this case for failure to prosecute. (ECF 10).

On June 3, 2026, Petitioner's filing fee was received by the Court. Therefore, the Court hereby WITHDRAWS the FCR.

IT IS SO ORDERED.

ENTERED June 5, 2026.

LEE ANN RENO
UNITED STATES MAGISTRATE JUDGE